UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| MAHROUQ ENTERPRISES | ) | 3:21-CV-1317-G |
| INTERNATIONAL (MEI), INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The plaintiff is a resident of Arlington, Texas. Complaint (docket entry 1) ¶ 5; *see also* Civil Cover Sheet (docket entry 1-1). The defendant is a Texas corporation with its headquarters in Arlington, Texas. Complaint ¶¶ 8, 9. Arlington is in Tarrant County, which is in the Fort Worth Division of this court. 28 U.S.C. § 124(a)(2). Accordingly, on the court's own motion, this case is **TRANSFERRED** to the Fort Worth Division, 28 U.S.C. § 1406, for random reassignment to a judge resident in that division.

**SO ORDERED.**

June 8, 2021.

_____
A. JOE FISH
**Senior United States District Judge**