IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN P BOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00732-O |
| | § | |
| MAHROUQ ENTERPRISES | § | |
| INTERNATIONAL (MEI) INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is the parties' second Joint Motion to Extend Mediation Deadline (ECF No. 25), filed June 22, 2022. On May 5, the Court granted the parties' first Joint Motion for Extension, allowing the parties several additional weeks to complete mediation and setting a new deadline of June 22, 2022. ECF No. 24. Now, the parties seek almost six more weeks to conduct mediation, explaining that "[d]ue to a series of regrettable miscommunications between the Parties' counsel, depositions were not completed." ECF No. 25.

There is no good cause for such delay. The parties were aware of their initial mediation deadline since the original Scheduling Order was issued on October 21, 2021. ECF No. 17. Thus, they had more than seven months to conduct discovery—including the regrettably incomplete depositions. Having found no good cause, the Court **DENIES** the Motion. As the Court warned in granting its May 5 extension, there will be no extension of the upcoming dispositive motions deadline of July 6, 2022.

**SO ORDERED** on this **22nd day** of **June, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE