IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN P. BOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00732-O |
| | § | |
| MAHROUQ ENTERPRISES | § | |
| INTERNATIONAL (MEI) INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties to this case continue to refuse to mediate. Ten months ago, the Court set the mediation deadline as May 4, 2022. ECF No. 17. The day of the deadline, the parties sought an extension of the mediation deadline. On May 5, the Court granted the motion, allowing the parties several additional weeks to complete mediation and setting a new deadline of June 22. ECF No. 24. Once again, *on June 22*, the parties filed a second Joint Motion to Extend Mediation Deadline, seeking almost six more weeks to conduct mediation, explaining that "[d]ue to a series of regrettable miscommunications between the Parties' counsel, depositions were not completed." ECF No. 25. The Court found there was no good cause for such delay.

Yet another four weeks have passed since the Court denied the second mediation extension, and the parties *still* have not notified the Court that they have completed mediation. Because of these substantial delays and noncompliance, the Court determines this case should be **REFERRED** to Retired United States Magistrate Judge Paul Stickney for mediation to be conducted **no later than August 24, 2022.** Magistrate Judge Stickney is requested to report the results of the mediation to the Court within one week after the conference is held.  The parties are

directed to contact Magistrate Judge Stickney to schedule this mediation no later than July 25, 2022. The failure to do so will result in a show cause hearing to determine whether a party or parties should be sanctioned. Magistrate Judge Stickney's contact information is:

> Stickney Mediations PLLC
> 12720 Hillcrest Road, Suite 1045
> Dallas, TX 75230
> 682-313-9656
> Email: judgestick@gmail.com

The case remains on the four-week docket beginning October 31, 2022, and will be tried if not settled.

**SO ORDERED** on this **20th day** of **July, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**