IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN P. BOYD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00732-O |
| | § | |
| MAHROUQ ENTERPRISES | § | |
| INTERNATIONAL (MEI), INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Leave to Amend Scheduling Order and to File Amended Answer to Plaintiff's Original Complaint (ECF No. 30), filed August 23, 2022. Defendant indicates that the Motion is opposed. Accordingly, the Court **ORDERS** Plaintiff to respond **no later than September 7, 2022, at 5:00 p.m.** and Defendant may reply **no later than September 12, 2022, at 5:00 p.m.**

SO ORDERED on this **1st day** of **September, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE